Matter of Pena v New York State Gaming Commn. (2018 NY Slip Op 08060)

Matter of Pena v New York State Gaming Commn.

2018 NY Slip Op 08060 [32 NY3d 1122]

November 27, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, February 13, 2019

[*1]

In the Matter of Luis Pena, Respondent,
v
New York State Gaming Commission, Appellant.

Argued November 13, 2018; decided November 27, 2018

Matter of Pena v New York State Gaming Commn., 144 AD3d 1244, reversed.

APPEARANCES OF COUNSEL

Barbara D. Underwood, Attorney General, Albany (Jonathan D. Hitsous and Andrew D. Bing of counsel), for appellant.
Meyer, Suozzi, English & Klein, P.C., Garden City (Andrew J. Turro of counsel), for respondent.

{**32 NY3d at 1123} OPINION OF THE COURT

Order reversed, with costs, determination of the New York State Gaming Commission confirmed, and petition dismissed for reasons stated in the dissenting opinion of Justice Presiding William E. McCarthy (144 AD3d 1244, 1247-1252 [2016]). 
Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.